**UNITED STATES of America, Appellee**

v.

**Luis Alberto Munoz MIRANDA, also known as David, also known as El Gordo, Appellant.**

Nos. 13–3032, 13–3036.

United States Court of Appeals, District of Columbia Circuit.

March 20, 2015.

David Mark Lieberman, John Alexander Romano, David Andrew O'Neil, U.S. Department of Justice, Elizabeth Trosman, Esquire, Usao Appellate Counsel U.S. Attorney's Office, Washington, DC, for Appellee.

Douglas James Behr, Keller and Heckman LLP, Washington, DC, for Appellant.

Before: SRINIVASAN, Circuit Judge, and EDWARDS and SENTELLE, Senior Circuit Judges.

### JUDGMENT

PER CURIAM.

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's judgments of conviction, denial of appellants' motions to dismiss and for reconsideration, and acceptance of appellants' guilty pleas be affirmed, in accordance with the opinion of the court filed herein this date.